UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRANDON K BUCHANAN., | | |
| Plaintiff, | | 21 Civ. 2319 (PAE) |
| -v- | | |
| | | ORDER |
| CHRISTOPHER M. DANNEN, | | |
| Defendants. | | |

PAUL A. ENGELMAYER, District Judge:

The Court has received an application from plaintiff Brandon K. Buchanan ("Buchanan") seeking a temporary restraining order ("TRO") and a preliminary injunction ("PI") for a claim sounding substantially in breach of contract. The Court declines to enter a temporary injunction without first hearing from defendant Christopher M. Dannen ("Dannen"). The Court, however, does intend to address the request for preliminary relief with dispatch. Accordingly, the Court orders that Dannen respond to Buchanan's application by Monday, March 22, 2021. Any reply is due Wednesday, March 24 at 5 p.m. The Court will convene a telephonic hearing on Thursday, March 25, at 2:30 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences.

2

The Court directs Buchanan to serve this order today on Dannen, and to file an affidavit reflecting such service on the docket of this case by close of business Thursday, March 18, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 17, 2021
       New York, New York