UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON K. BUCHANAN,

                Plaintiff,

-against-                      21-cv-2319 (PAE)

CHRISTOPHER M. DANNEN,                ORDER

                Defendant.

PAUL A. ENGELMAYER, District Judge:

    On the Emergency Application ("Application") of Plaintiff Brandon Buchanan, by and through his attorney, Christopher M. Malikschmitt, on notice to Defendant Christopher M. Dannen, and having reviewed briefs, affidavits, and argument from both Plaintiff and Defendant on the same, and for good cause shown, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and pending a final disposition of this action,

    **IT IS** on this 25 day of March, 2021, hereby

    **ORDERED** that Defendant shall immediately provide, and take no steps to disturb, whether through himself, any employees, or agents, Plaintiff's plenary electronic account access to the various accounts of Iterative Instinct UGP, LLC and its related entities (the "Iterative Entities")—through the furnishing of passwords, verification information or other means necessary—for all business accounts, including, but not limited to: Plaintiff's and general shared email accounts associated with the Iterative Entities; any electronic data repositories associated with the Iterative Entities, including, but not limited to, Google drive and AirTable access; and financial accounts of the Iterative Entities, including, but not limited to, bank accounts,

cryptocurrency wallet accounts, cryptocurrency exchange accounts, cryptocurrency trading accounts and settlement services accounts;

**IT IS FURTHER ORDERED** that Plaintiff shall immediately provide, and take no steps to disturb, whether through himself, any employees, or agents, Defendant's plenary electronic account access to the various accounts of Iterative Instinct UGP, LLC and its related entities (the "Iterative Entities")—through the furnishing of passwords, verification information or other means necessary—for all business accounts, including, but not limited to: Defendant's and general shared email accounts associated with the Iterative Entities; any electronic data repositories associated with the Iterative Entities, including, but not limited to, Google drive and AirTable access; and financial accounts of the Iterative Entities, including, but not limited to, bank accounts, cryptocurrency wallet accounts, cryptocurrency exchange accounts, cryptocurrency trading accounts and settlement services accounts;

**IT IS FURTHER ORDERED** that neither Plaintiff nor Defendant shall take any step to make communications, expenditures, disbursements, or otherwise bind or commit the Iterative Entities in any way without the consent of the other Party;

**IT IS FURTHER ORDERED** that no security be posted in relation to the relief requested.

*[Signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Issued at:    8:20 p.m.

March 25, 2021

New York, New York